## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Maniel, Hubert L

Printed:  7/22/08

Case Number:  06 B 13466
Judge:  Hollis, Pamela S
Filed:  10/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  April 22, 2008
Confirmed:  December 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,797.00 |  |
| Secured: |  | 895.52 |
| Unsecured: |  | 1,552.88 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,698.00 |
| Trustee Fee: |  | 285.24 |
| Other Funds: |  | 365.36 |
| Totals: | 5,797.00 | 5,797.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,698.00 | 2,698.00 |
| 2. | CarMax Auto Finance | Secured | 7,071.17 | 895.52 |
| 3. | Capital One | Unsecured | 47.91 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 182.81 | 156.61 |
| 5. | Vascular Surgery & Noninvasive | Unsecured | 25.00 | 17.45 |
| 6. | Jefferson Capital | Unsecured | 113.22 | 97.21 |
| 7. | Capital One | Unsecured | 1,006.25 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 341.51 | 293.20 |
| 9. | St James Hospital | Unsecured | 265.17 | 227.64 |
| 10. | Resurgent Capital Services | Unsecured | 659.14 | 565.85 |
| 11. | Capital One | Unsecured | 83.28 | 58.13 |
| 12. | RoundUp Funding LLC | Unsecured | 59.02 | 41.22 |
| 13. | Jefferson Capital | Unsecured | 111.34 | 95.57 |
| 14. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | AT&T Credi Corp. | Unsecured |  | No Claim Filed |
| 17. | Advocate Christ Hospital | Unsecured |  | No Claim Filed |
| 18. | Excel St James | Unsecured |  | No Claim Filed |
| 19. | First National Credit Card | Unsecured |  | No Claim Filed |
| 20. | HSBC | Unsecured |  | No Claim Filed |
| 21. | Household | Unsecured |  | No Claim Filed |
| 22. | MCI | Unsecured |  | No Claim Filed |
| 23. | Washington Mutual Finance | Unsecured |  | No Claim Filed |
| 24. | Midwest Emergency | Unsecured |  | No Claim Filed |
| 25. | Midwest Physician Group | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Maniel, Hubert L

Printed:  7/22/08

Case Number:  06 B 13466

Judge:  Hollis, Pamela S

Filed:  10/20/06

| 26. | Midwest Physician Group | Unsecured | No Claim Filed |
|---|---|---|---|
| 27. | Midwest Physician Group | Unsecured | No Claim Filed |
| 28. | Radiology Center SC | Unsecured | No Claim Filed |
| 29. | Household | Unsecured | No Claim Filed |
| 30. | Suburban Emergency Physician | Unsecured | No Claim Filed |
| 31. | Washington Mutual Bank FA | Unsecured | No Claim Filed |
| 32. | Midwest Physician Group | Unsecured | No Claim Filed |

$ 12,663.82          $ 5,146.40

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 67.40 |
| 5.4% | 215.83 |
| 6.5% | 2.01 |

$ 285.24

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

